# EXHIBIT G

{00125955;1}

# STATEMENT

ABBAS KASHANI, M.D.
P.O. BOX 500
BAYCHESTER STATION
BRONX, NY 10469
Tel: 914/654-6543

Tax I.D. 060686325

Patient: SALEH, OSAMA

STATEMENT DATE: 10/06/07

ACCOUNT NUMBER: 7200831431 - 1 / SP

PAGE: 1

INDICATE AMOUNT PAID $ _____

1-256
Saleh, Osama
7233 67th St Apt 3L
Glendale NY 11385-6923

_Detach and Return With Payment_

*PLACE CODES:
1. OFFICE
2. IN-PATIENT HOSP.
3. OUT-PATIENT HOSP
4. EMERGENCY ROOM
5. CLINIC

To assure proper credit detach the top portion and return with your remittance and/or see reverse side for instructions.

| DATE | ICD9 CODE | *PLACE CODES | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
|  |  |  | Balance forward last statement | 0.00 |
| 09/17/07 | AK | OH | 99203 INITIAL OFFICE/OUTPATIEN | 150.00 |

| CURRENT AMOUNT | PAST DUE AMOUNT | REFERRING PHYSICIAN | PLEASE PAY THIS AMOUNT |
|---|---|---|---|
| 150.00 | 0.00 | KASHANI, ABBAS MD | 150.00 |

PLEASE REMIT PAYMENT DUE
ANY QUESTIONS PLEASE CALL 914/654-6543 EXT 114.

NOTE: PAYMENTS MADE AFTER STATEMENT DATE WILL APPEAR ON NEXT STATEMENT

Saleh 169

# STATEMENT

'YCKOFF EMERGENCY MEDICINE SERVICES  Tax I.D. 113495935
.O. BOX 500
AYCHESTER STATION
RONX, NY 10469
el: 914/654-6543

STATEMENT DATE: 10/06/07
PAGE: 1
ACCOUNT NUMBER: 8300831431 - 1 / SP

Patient: SALEH, OSAMA

INDICATE AMOUNT PAID $ _____

3-729

Saleh, Osama
7233 67th St Apt 3L
Glendale NY  11385-6923

_Detach and Return With Payment_

PLACE CODES:
1. OFFICE
2. IN-PATIENT HOSP.
3. OUT-PATIENT HOSP
4. EMERGENCY ROOM
5. CLINIC

To assure proper credit detach the top portion and return with your remittance and/or see reverse side for instructions.

| DATE | ICD9 CODE | *PLACE CODES | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
|  |  |  | Balance forward last statement | 0.00 |
| 09/06/07 | Q7 | ER | 99284 E/R VISIT-HIGH SEVERITY | 330.00 |

| CURRENT AMOUNT | PAST DUE AMOUNT | REFERRING PHYSICIAN | PLEASE PAY THIS AMOUNT |
|---|---|---|---|
| 330.00 | 0.00 | KATARI, NAGENB MD | 330.00 |

PLEASE REMIT PAYMENT DUE
ANY QUESTIONS PLEASE CALL 914/654-6543 EXT 123.

NOTE: PAYMENTS MADE AFTER STATEMENT DATE WILL APPEAR ON NEXT STATEMENT

Saleh 170

WYCKOFF IMAGING SVCS, PC
PO BOX 435
Lititz PA 17543

| CHECK CARD USING FOR PAYMENT | | | |
|---|---|---|---|
| ☐ MASTERCARD | ☐ VISA | ☐ DISCOVER | ☐ AMERICAN EXPRESS |
| CARD NUMBER | | AMOUNT | |
| SIGNATURE | | EXP. DATE | |
| STATEMENT DATE | PAY THIS AMOUNT | ACCT. # | |
| 11/13/2007 | 520.00 | 1131038 | |

SHOW AMOUNT PAID HERE $

**ADDRESSEE**  **REMIT TO:**



OSAMA SALEH
7233 67TH ST
APT 3L
GLENDALE NY 11385

WYCKOFF IMAGING SVCS, PC
PO BOX 435
Lititz PA 17543

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

**STATEMENT**  PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| Patient Name | Insurance Balance | Patient Balance | Statement Date | Page |
|---|---|---|---|---|
| OSAMA SALEH | 0.00 | 520.00 | 11/13/2007 | 1/1 |

| Service Date | Bill Number | Provider Name | Total Charge | Payments Adjustments | Insurance Balance | Patient Balance |
|---|---|---|---|---|---|---|
| 09/07/2007 | 3151550 | Anjana Patel | 215.00 | 0.00 | 0.00 | 215.00 |
| 09/06/2007 | 3151551 | Jeffrey Fischbein | 305.00 | 0.00 | 0.00 | 305.00 |

Total Charges: 520.00
Amount Paid by Insurance: 0.00
Amount Due from Insurance: 0.00
*Please Pay This Amount:* **520.00**

| Current | 30-60 Days | 61-90 Days | 91-120 Days | 120+ Days | Total Balance | Insurance Due | Patient Due |
|---|---|---|---|---|---|---|---|
| 0.00 | 520.00 | 0.00 | 0.00 | 0.00 | 520.00 | 0.00 | 520.00 |

Please be advised that the Patient Balance above is now your responsibility

Kindly make your check payable to WYCKOFF IMAGING SVCS, PC and mail to the above address.
Si necesita ayude en espanol Por Favor llame al: (800) 605-1483
SERVICES WERE RENDERED AT:                               Billing Questions: (800) 605-1483
WYCKOFF HEIGHTS MEDICAL CENTER                    Office Hours: Monday - Friday 8:00 AM - 5:00 PM

1155

Saleh 171

# STATEMENT

WYCKOFF ANESTHESIA MEDICAL SERVICES, Tax I.D. 113519417
P.O. BOX 500
BAYCHESTER STATION
BRONX, NY 10469
Tel: 914/654-6543

STATEMENT DATE: 10/06/07
PAGE: 1
ACCOUNT NUMBER: 1600831431 - 1 / SP

Patient: SALEH, OSAMA

INDICATE AMOUNT PAID $ _____

1-119

Saleh, Osama
7233 67th St Apt 3L
Glendale NY 11385-6923

--- Detach and Return With Payment ---

*PLACE CODES: 1. OFFICE  2. IN-PATIENT HOSP.  3. OUT-PATIENT HOSP  4. EMERGENCY ROOM  5. CLINIC

To assure proper credit detach the top portion and return with your remittance and/or see reverse side for instructions.

| DATE | ICD9 CODE | *PLACE CODES | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
|  |  |  | Balance forward last statement | 0.00 |
| 09/10/07 | MT | IH | 21356 OPEN TREAT ZYGOMATIC FX | 675.00 |
| 09/21/07 |  |  | PLEASE PROVIDE INSURANCE INFORMATION |  |
| 09/21/07 |  |  | THIS BILL IS YOUR RESPONSIBILITY |  |
| 09/21/07 |  |  | PLEASE CALL 914/654-6543 EXT 119 THANKYOU |  |

| CURRENT AMOUNT | PAST DUE AMOUNT | REFERRING PHYSICIAN | PLEASE PAY THIS AMOUNT |
|---|---|---|---|
| 675.00 | 0.00 | MYINT, SOE MD | 675.00 |

PLEASE REMIT PAYMENT DUE
ANY QUESTIONS PLEASE CALL 914/654-6543 EXT 123.

NOTE: PAYMENTS MADE AFTER STATEMENT DATE WILL APPEAR ON NEXT STATEMENT

Saleh 172