UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
**Osama Hazza Saleh,**                           :     **ORDER OF SUSTENANCE**
                 **Plaintiff,**         :     **09-CV-01769 (RER)**
       - against -                                    :

**Pretty Girl, Inc., et al**                              :
              **Defendants,**        :
-----------------------------------------------------------x
**RAMON E. REYES, JR., U.S.M.J.:**

    It is hereby ORDERED that the U.S. Marshal supply proper sustenance to the eight **(8 )** jurors empaneled in the above-captioned case.

                  ( ) During Trial
                  (X) Deliberating
                  ( ) Sequestered

                  ( ) Breakfast
                  (X) Lunch
                  ( ) Other:

DATED:      **June 6, 2014**
              **Brooklyn, New York**

                                                  _/RER/_____
                                                  **Ramon E. Reyes, Jr., U.S.M.J.**