UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
OSAMA HAZZA SALEH,

                Plaintiff,

      -against-

PRETTY GIRL, INC., HIGH STYLES,
INC., ALBERT HAMRA, and JAMES
ROBINSON,

                Defendants.
-------------------------------------------------------X

**JUDGMENT**

09–cv–1769 (RER)

**RAMON E. REYES, JR., U.S.M.J.:**

      Whereas Plaintiff commenced this action on April 29, 2009; and

      Whereas Plaintiff filed a Second Amended Complaint on August 2, 2010, whereby he asserted claims of hostile work environment under Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000e *et seq.* ("Title VII"), 42 U.S.C. § 1981 ("Section 1981"), and New York State Human Rights Law, N.Y. Exec. Law § 296 *et seq.* ("NYSHRL § 296"); assault and battery; negligence; vicarious liability; breach of contract; and intentional and negligent infliction of emotional distress; and

      Whereas the Honorable Eric N. Vitaliano, United States District Court Judge, denied defendant Pretty Girl's motion for summary judgment in its entirety on September 19, 2012; and

      Whereas Plaintiff withdrew his claims of breach of contract and intentional and negligent infliction of emotional distress; and

      Whereas the case proceeded to a jury trial on all remaining claims, at the end of which the jury was given a special verdict street, pursuant to which the jury made specific findings of fact on liability and damages; and

Whereas the jury returned a verdict in favor of plaintiff on all claims; it is

ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiff and against defendants Pretty Girl, Inc., High Styles, Inc., Albert Hamra, and James Robinson on the hostile work environment claims under Title VII, Section 1981, and NYSHRL § 296 in the amount of $100,000, jointly and severally, for compensatory damages and in the amount of $600,000 for punitive damages against Pretty Girl, Inc., $600,000 for punitive damages against High Styles, Inc., $25,000 for punitive damages against Albert Hamra, and $50,000 for punitive damages against James Robinson; and that it is further

ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiff and against defendants Pretty Girl, Inc., High Styles, Inc., and Albert Hamra on the negligence claims in the amount of $100,000, jointly and severally, for compensatory damages and in the amount of $600,000 for punitive damages against Pretty Girl, Inc., $600,000 for punitive damages against High Styles, Inc., $25,000 for punitive damages against Albert Hamra; and that it is further

ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiff and against defendants Pretty Girl, Inc., High Styles, Inc., Albert Hamra, and James Robinson on the assault and battery claims in the amount of $1,965,000, jointly and severally, for compensatory damages and in the amount of $50,000 for punitive damages against James Robinson; and that it is further

ORDERED, ADJUDGED AND DECREED that post-judgment interest is awarded on all of the foregoing pursuant to 28 U.S.C. § 1961.

Dated: June 13, 2014
      Brooklyn, New York

*Ramon E. Reyes, Jr.*
**Ramon E. Reyes, Jr.**
**United States Magistrate Judge**